**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:21-cv-20355-UU

MONICA ZAPIEN HERNANDEZ,

    Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,
et al.,

    Defendants.

_____/

**ORDER TO SHOW CAUSE**

    THIS CAUSE is before the Court upon Plaintiff's Complaint for Writ of Mandamus (D.E. 1) (the "Complaint").

    THE COURT has reviewed the Complaint and is otherwise fully advised in the premises.

    Plaintiff brings this action to compel final agency action that she alleges has been unlawfully withheld and unreasonably delayed with respect to the adjudication of a form i-918 U-Visa. D.E. 1 at 2. It is hereby

    ORDERED AND ADJUDGED that Defendants are ORDERED TO SHOW CAUSE why the requested relief should not be granted no later than **Tuesday, March 30, 2021.** In the event Defendants fail to show good cause, the Court may grant Plaintiff's requested relief. In the event that Defendants do show good cause, Plaintiff may file a reply no later than **Tuesday, April 13, 2021.** No other pleadings shall be allowed. It is further

    ORDERED AND ADJUDGED that a hearing on this matter is scheduled before the Honorable Ursula Ungaro at the United States District Court, Courtroom 12-4, Twelfth Floor, 400 N. Miami Ave., Miami, Florida, 33128, on **Friday, May 7, 2021, at 10:00 a.m.** I have set aside

thirty (30) minutes for this hearing. The parties shall appear in person for this hearing. Please notify the court immediately at (305) 523-5550 of any disposition or settlement of this case.

    DONE AND ORDERED in Chambers at Miami, Florida, this 17th__ day of February, 2021.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Counsel of record via CM/ECF